IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JOSE A. CHACON FARIAS, LUIS M. FARIAS SOTO, MIGUEL CHACON FARIAS, and JAIME GARCIA,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>RREF CB SBL-TX TWO, LLC,<br><br>　　　　　Defendant. | §§§§§§§§§§§§§§§ | Case No. _____ |

## DEFENDANT'S NOTICE OF RELATED LITIGATION

　　Pursuant to Local Rule 5.2, Defendant RREF CB SBL-TX TWO, LLC ("Defendant") notifies the Court of the following related litigation:

　　*Jose A. Chacon Farias, Luis M. Farias Soto, Miguel Chacon Farias, and Mis Tres Properties, LLC v. RREF CB SBL Acquisitions, LLC and Gardere Wynne Sewell LLP*, Case No. 7:15-cv-425, in the United States District Court for the Southern District of Texas, McAllen Division.

Dated: November 24, 2015            Respectfully submitted,

                             /s/ Robert T. Slovak
Robert T. Slovak (TX 24013523)
Federal Bar No. 435347
Calli A. Turner (TX 24088558)
Federal Bar No. 2525817
**GARDERE WYNNE SEWELL LLP**
1601 Elm Street, Suite 3000
Dallas, Texas 75201
Telephone: 214-999-4685
Facsimile: 214-999-3685
rslovak@gardere.com
cturner@gardere.com

Sarah Pierce Cowen
State Bar No. 15997480
Federal Bar No. 7973
**COWEN & GARZA LLP**
506 E. Dove Ave.
McAllen, Texas 78504
(956) 994-9170  Telephone
(956) 618-2324  Facsimile
sarah@cowengarza.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that, on November 24, 2015, a true and correct copy of this Notice of Removal was served on the following:

C. Brandon Holubar
King Law Firm
3409 North 10th Street
McAllen, Texas 78501
(956) 687-6294
(956) 687-5514 (fax)

                             /s/  Robert T. Slovak
                             Robert T. Slovak